**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/16/25

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

## THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Marina Moraru**
*Special Assistant Corporation Counsel*
Office: 212) 356-2456

December 15, 2025

**VIA ECF**
Hon. Andrew L. Carter Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *G.G. v. New York City Dep't of Educ.*, 25-cv-6692 (ALC)(OTW)

Dear Judge Carter:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

I write to respectfully request a 45-day extension of Defendant's time to respond to the Complaint, from December 18, 2025 to February 2, 2026. This is the second request for an extension, the first extension having been granted on September 15, 2025 (ECF 7). Defendant also respectfully requests that the joint status letter due December 18, 2025 be adjourned to February 2, 2026 as well. Plaintiff consents to these requests. Defendant made an offer of settlement on December 4, 2025, which Plaintiff is considering. This office has settled all but one fees-only cases commenced by Plaintiff's counsel without the need to burden the court with conferences or motion practice. The parties are hopeful this matter will follow the same course.

Accordingly, Defendant respectfully requests that Defendant's time to respond to the complaint be extended to February 2, 2026, with a next joint status letter due that same date.

Thank you for considering these requests.

Respectfully submitted,

*/s/ Marina Moraru*
Marina Moraru, Esq.
Special Assistant Corporation Counsel

cc: Michele Kule-Korgood (via ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

December 16, 2025
New York, NY