USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/28/26_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **G.G. ET AL,** | |
| **Plaintiffs,** | **25-cv-6692 (ALC)** |
| **-against-** | |
| **NEW YORK CITY DEPARTMENT OF EDUCATION,** | **ORDER** |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that all current deadlines be adjourned *sine dine*. Further, the parties are ordered to

submit a joint status report by **February 27, 2026** updating the Court on the status of settlement

and whether an order of discontinuance should be entered.

**SO ORDERED.**

**Dated:**     **January 28, 2026**
               **New York, New York**

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**